UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ECO FRIENDLY ENERGY COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>CEP REORGANIZATION, INC.,<br><br>Defendant. | Case No. 15-cv-04891-VC<br><br>**ORDER TO SHOW CAUSE**<br><br>Re: Dkt. No. 3 |

The parties were ordered to file a status report in this matter by January 4, 2016.  They have not done so.  Accordingly, the appellant is ordered to show cause why the appeal should not be dismissed for failure to prosecute.  The appellant must file a brief in response to this order to show cause by Friday, March 11, 2016.

**IT IS SO ORDERED.**

Dated: March 8, 2016

_____
VINCE CHHABRIA
United States District Judge